AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Eastern District of Washington

ALLEN HUBBARD,

        *Plaintiff*

        v.

CORPORATION OF GONZAGA UNIVERSITY,

        *Defendant*

Civil Action No. CV-13-072-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Suko _____ on a motion for Summary Judge by Defendant was granted and all claims against Defendant Gonzaga are dismissed with prejudice.

Date: March 26, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

s/ Cheryl Cambensy