UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLEN HUBBARD, ) | |
| ) | NO.  CV-13-0072-LRS |
| Plaintiff, ) | |
| ) | **ORDER GRANTING JOINT MOTION FOR** |
| -vs- ) | **DISMISSAL (ECF No. 42)** |
| ) | |
| CORPORATION OF GONZAGA ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**BEFORE THE COURT** is the parties' Joint Motion For Dismissal (ECF No. 42), filed on April 22, 2014.  The parties jointly move for an order dismissing with prejudice Plaintiff's claims (not already dismissed by previous Order, ECF No. 39) and any and all counterclaims that could have been brought by Defendant Gonzaga University.  The motion is based upon the agreement of the parties. Accordingly,

**IT IS HEREBY ORDERED:**

1.  The parties' Joint Motion For Dismissal **(ECF No. 42)** filed on April 22, 2014, is **GRANTED.**

///

///

ORDER - 1

2.   The Plaintiff's claims, and any and all counterclaims that Defendant Gonzaga University could have brought, are dismissed with prejudice.

The District Court Executive is directed to enter this Order and enter judgment consistent with this order.

**DATED** this 28th day of May, 2014.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2