# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALLEN HUBBARD,

           *Plaintiff*

           v.

CORPORATION OF GONZAGA UNIVERSITY,

           *Defendant*

Civil Action No. 2:13-CV-072-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  decided by Judge Suko on the parties' Joint Motion for Dismissal; the Plaintiff's claims, and any and all counterclaims that Defendant Gonzaga University could have brought, are hereby dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: May 28, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb